UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MEDTRONIC, INC.,

Plaintiff,

v.

DAVID CAMP and
DENNIS NICHOLS,

Defendants.

Civil No. 02-285 (JRT/FLN)

**ORDER OF RECUSAL**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: Feb. 1, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

2002
RICHARD D SLETTEN, CLERK
DOCUMENT FILED
DEPUTY CLERK

Medtronic, Inc.

Vs. 02-285PAM/JGL

David Camp, et al

The above-entitled matter has been re-assigned to Judge Paul A. Magnuson and referred to Magistrate Judge Jonathan G. Lebedoff pursuant to an Order of Recusal by Judge John R. Tunheim. Please note the change in judges' initials above and refer to them when submitting documents to the court for filing.