UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc.,

Civ. File No. 02-285 (PAM/JGL)

Plaintiff,

v.

**ORDER**

David Camp and
Dennis Nichols,

Defendants.

---

This matter is before the Court on Defendants' request for reconsideration pursuant to Local Rule 7.1(g). Defendants seek reconsideration of this Court's Order of February 6, 2002 (Clerk Doc. No. 14), granting Plaintiff's request for a temporary restraining order. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R. 7.1(g).

Defendants first contend that it was error for the Court to assume jurisdiction over the matter without determining whether this lawsuit was the first-filed lawsuit. As noted in the Order, however, making the first-filed determination will require a detailed factual inquiry not possible on a motion for temporary relief. Should the evidence show that this lawsuit was not the first-filed case the Court will consider that jurisdictional issue. Moreover, the Court is satisfied that Plaintiff made a sufficient threshold showing that this Court has personal jurisdiction over Defendants. Again, should the evidence reveal that

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendants' contacts with Minnesota are less than they first appeared to be, the Court will reconsider the personal jurisdiction issue.

Finally, the Court disagrees that the restraining order is overly broad. Defendants are restrained from violating the terms of the covenant not to compete they each signed. The Order is no more broad than that covenant.

Defendants have failed to show that compelling circumstances require reconsideration of this Court's Order. Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' request to file a motion for reconsideration is **DENIED**.

Dated: February 20, 2002

Paul A. Magnuson
United States District Court Judge