UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc.,

Civ. File No. 02-285 (PAM/JGL)

Plaintiff,

v.

**ORDER**

David Camp and
Dennis Nichols,

Defendants.

---

This matter is before the Court on Plaintiff's request for reconsideration pursuant to Local Rule 7.1(g). Plaintiff seeks reconsideration of this Court's Order of April 1, 2002 (Clerk Doc. No. 53), transferring venue of this matter to the Northern District of Georgia and dissolving the temporary restraining order entered in early February. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R. 7.1(g).

Plaintiff asks the Court to reconsider its decision to dissolve the temporary restraining order ("TRO"). According to Plaintiff, other Judges of this Court who have transferred venue after issuing a TRO have not dissolved the TRO. Plaintiff represents that it needs time to file a motion for injunctive relief in the Georgia court, and would like to maintain the status quo until that motion can be heard. Unsurprisingly, Defendants oppose Plaintiff's request.

APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Having briefed and argued both a request for a TRO and a motion for a preliminary injunction in this matter, the Court is certain that Plaintiff can present its case for injunctive relief to the Georgia court with all haste. Moreover, the Court determined that venue does not lie in Minnesota for the preliminary injunction. Thus, it would be inappropriate for the Court to consider the merits of Plaintiff's motion for preliminary injunction, or to ignore the merits of that motion and simply reinstate the previous TRO. Given that the TRO was in effect for nearly two months, far longer than the 10-day period contemplated by Fed. R. Civ. P. 65(b), it is not appropriate for the Court to extend it further.

Plaintiff has failed to show that compelling circumstances require reconsideration of this Court's Order. Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's request to file a motion for reconsideration is **DENIED**.

Dated: April 4, 2002

Paul A. Magnuson
United States District Court Judge